JAMES R. FELTON, ESQ. (State Bar No. 138767)
jfelton@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

Attorneys for Plaintiff,
Anthem Music and Media Fund, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHEM MUSIC AND MEDIA FUND, LLC., a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>IMMORTAL ENTERTAINMENT GROUP, INC., a California corporation; DAVID WALTERS aka HAPPY WALTERS, an individual,<br><br>Defendants. | CASE NO.: CV07-5647AHM(SSx)<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REQUEST TO ENTER DEFAULT JUDGMENT<br><br>Date: Not Applicable<br>Time: Not Applicable<br>Ctrm: 14 |

Pursuant to Federal Rules of Evidence Rule 201, Plaintiff Anthem Music and Media Fund, LLC hereby respectfully requests that this Court take judicial notice of the Nielsen Sound Scan reports which are attached hereto as Exhibit "A", as well as attached as Exhibits "F" and "H" to the Wisely Declaration. These reports have been

///
///
///
///

1
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REQUEST TO ENTER DEFAULT JUDGMENT
111885.1  300611.0001

1 | obtained through the internet.
2 | DATED: October 26, 2007

GREENBERG & BASS LLP

By: _____
JAMES R. FELTON
Attorneys for Plaintiff,
Anthem Music and Media Fund, LLC

# EXHIBIT A

...

Nielsen SoundScan  
10/10/2007 11:33 AM

## Title Report: National Sales

**Title:** OFFER YOU CAN'T REFUSE  
**Artist:** A CHANGE OF PACE  
**Format:** Album  Tracks TW 177  
**Label:** IMOR   RTD 39,356  
**Release Date:** 03/22/05  
**Catalog:** CAT:60005  
**2007 YTD:** 1,685  
Weeks Period Rank: Top 200, TW, LW, 2W

**Release To Date Sales**

| | Units | % TOT |
|---|---|---|
| Total: | 29,567 | |
| LP: | 0 | 0 |
| Cassette: | 0 | 0 |
| CD: | 25,479 | 86 |
| DVD: | 0 | 0 |
| Digital: | 4,088 | 14 |

### BUSINESS CONDITIONS

| Album(000) | This Week | % CHG | Last Week | YTD |
|---|---|---|---|---|
| Total: | 8,830 | -1% | 8,905 | 229,846 |
| Chain: | 3,067 | -7% | 3,284 | 86,287 |
| Independent: | 619 | 1% | 614 | 15,649 |
| Mass Merch: | 3,461 | 3% | 3,372 | 88,194 |
| Non Traditional: | 1,682 | 3% | 1,635 | 39,715 |

**Week Ending:** 07/01/2007  **Strata:** All  **Config:** All  **Weeks:**  **Display:** %CHG  **Report:** National Sales

| Strata: All / Config: All | WK End 07/01/07 | % CHG | RK | WK End 06/24/07 | % CHG | RK | WK End 06/17/07 | % CHG | RK | WK End 06/10/07 | % CHG | RK | 93 TD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 57 | 24 | | 46 | -15 | | 54 | 6 | | 51 | -9 | | 29,572 |
| **Store Strata** | | | | | | | | | | | | | |
| Chain | 35 | 52 | | 23 | -39 | | 38 | 27 | | 30 | -3 | | 13,762 |
| Independent | 0 | | | 0 | | | 0 | | | 0 | -100 | | 1,082 |
| Mass Merch | 0 | | | 0 | | | 0 | | | 0 | | | 7,401 |
| Non Traditional | 22 | -4 | | 23 | 44 | | 16 | -24 | | 21 | 0 | | 7,327 |
| **Geographic Region** | | | | | | | | | | | | | |
| Northeast | 5 | 67 | | 3 | -25 | | 4 | -20 | | 5 | 400 | | 1,312 |
| Middle Atlantic | 9 | 125 | | 4 | -64 | | 11 | 120 | | 5 | -38 | | 4,099 |
| East North Central | 9 | 80 | | 5 | -50 | | 10 | 43 | | 7 | 40 | | 3,730 |
| West North Central | 3 | 50 | | 2 | -60 | | 5 | 400 | | 1 | -83 | | 1,775 |
| South Atlantic | 6 | -14 | | 7 | 133 | | 3 | -50 | | 6 | -14 | | 4,361 |
| South Central | 1 | -80 | | 5 | -44 | | 9 | 80 | | 5 | -50 | | 3,728 |
| Mountain | 12 | 100 | | 6 | 0 | | 6 | -14 | | 7 | -22 | | 4,804 |
| Pacific | 13 | 0 | | 13 | 86 | | 7 | -50 | | 14 | 56 | | 5,685 |
| **Geographic Place** | | | | | | | | | | | | | |
| City | 7 | 133 | | 3 | -40 | | 5 | 25 | | 4 | -50 | | 5,159 |
| Suburb | 38 | 31 | | 29 | -17 | | 35 | 3 | | 34 | -6 | | 19,075 |
| Rural | 11 | -21 | | 14 | 0 | | 14 | 8 | | 13 | 18 | | 5,306 |

nielsen SoundScan

Copyright © 2007 Nielsen SoundScan, a division of Nielsen Entertainment, LLC. All rights reserved.

0003

Nielsen SoundScan                                                                                               10/10/2007 11:33 AM

Title Report: Track Detail

**Title:** OFFER YOU CAN'T REFUSE
**Artist:** A CHANGE OF PACE
**Format:** Album  **Tracks** TW 177
**Label:** IMOR              RTD 39,356
**Release Date:** 03/22/05
**Catalog:** CAT:60005  Weeks Period Rank
**2007 YTD:** 1,685   Top 200  TW
                              LW
                              2W

**Release To Date Sales**

| | Units | % TOT |
|---|---|---|
| Total: | 29,567 | |
| LP: | 0 | 0 |
| Cassette: | 0 | 0 |
| CD: | 25,479 | 86 |
| DVD: | 0 | 0 |
| Digital: | 4,088 | 14 |

**BUSINESS CONDITIONS**

| Album(000) | This Week | % CHG | Last Week | YTD |
|---|---|---|---|---|
| Total: | 8,830 | -1% | 8,905 | 229,846 |
| Chain: | 3,067 | -7% | 3,284 | 86,287 |
| Independent: | 619 | 1% | 614 | 15,649 |
| Mass Merch: | 3,461 | 3% | 3,372 | 88,194 |
| Non Traditional: | 1,682 | 3% | 1,635 | 39,715 |

Week Ending: 07/01/2007    Weeks: 4    Display: % CHG    Report: Track Detail

| Artist | Title | Label | ISRC/ID | WK End 07/01/07 | % CHG | WK End 06/24/07 | % CHG | WK End 06/17/07 | % CHG | WK End 06/10/07 | % CHG | RTD Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | 177 | 2 | 174 | -6 | 185 | -10 | 205 | | 39,356 |
| A CHANGE OF PACE | LOOSE LIPS SINK SHIPS 80 | IMOR | USI2R0440101 | 39 | 3 | 38 | -33 | 57 | 16 | 49 | | 12,849 |
| A CHANGE OF PACE | TIL DEATH DO US PART 80 | IMOR | USI2R0440102 | 15 | 67 | 9 | -18 | 11 | -42 | 19 | | 3,512 |
| A CHANGE OF PACE | EVERY SECOND 86 | IMOR | USI2R0440103 | 36 | 9 | 33 | 27 | 26 | -7 | 28 | | 7,010 |
| A CHANGE OF PACE | KNOW ONE KNOWS 80 | IMOR | USI2R0440104 | 12 | 50 | 8 | -47 | 15 | 0 | 15 | | 1,820 |
| A CHANGE OF PACE | DECEMBER 80 | 80 IMOR | USI2R0440105 | 11 | 22 | 9 | 0 | 9 | -10 | 10 | | 1,943 |
| A CHANGE OF PACE | HOME IS WHERE THE HEART IS | IMOR | USI2R0440106 | 8 | 167 | 3 | -50 | 6 | -14 | 7 | | 1,321 |
| A CHANGE OF PACE | A FAREWELL TO FRIENDSHIP 80 | IMOR | USI2R0440107 | 17 | -15 | 20 | 18 | 17 | -32 | 25 | | 2,166 |
| A CHANGE OF PACE | CHIPPIE 80 | IMOR | USI2R0440108 | 4 | -43 | 7 | 75 | 4 | -33 | 6 | | 1,088 |
| A CHANGE OF PACE | ASLEEP AT THE WHEEL 80 | IMOR | USI2R0440109 | 20 | -29 | 28 | 17 | 24 | 4 | 23 | | 4,886 |
| A CHANGE OF PACE | GOODBYE FOR NOW 80 | IMOR | USI2R0440110 | 9 | 0 | 9 | 0 | 9 | 0 | 9 | | 1,459 |
| A CHANGE OF PACE | QUEEN OF HEARTS 80 | IMOR | USI2R0440111 | 6 | -40 | 10 | 43 | 7 | -50 | 14 | | 1,302 |

nielsen
SoundScan

Copyright © 2007 Nielsen SoundScan, a division of Nielsen Entertainment, LLC. All rights reserved.

0004

Nielsen SoundScan                                                                                                                              10/10/2007 11:33 AM

**Title Report: National Sales**

Title: PREPARE THE MASSES
Artist: CHANGE OF PACE
Format: Album        Tracks TW 1,825
Label: IMOR                 RTD 76,348
Release Date: 08/15/06
Catalog: CAT:60026    Weeks Period Rank
2007 YTD: 6,994      Top 200    TW
                                 LW
                                 2W

Release To Date Sales

| Units | % TOT |
|---|---|
| Total: 27,191 | |
| LP: 0 | 0 |
| Cassette: 0 | 0 |
| CD: 22,560 | 83 |
| DVD: 0 | 0 |
| Digital: 4,631 | 17 |

**BUSINESS CONDITIONS**

| Album(000) | This Week | % CHG | Last Week | YTD |
|---|---|---|---|---|
| Total: | 8,830 | -1% | 8,905 | 229,846 |
| Chain: | 3,067 | -7% | 3,284 | 86,287 |
| Independent: | 619 | 1% | 614 | 15,649 |
| Mass Merch: | 3,461 | 3% | 3,372 | 88,194 |
| Non Traditional: | 1,682 | 3% | 1,635 | 39,715 |

Week Ending: 07/01/2007   Strata: All   Config: All   Weeks: 4   Display: %CHG   Report: National Sales

| Strata: All<br>Config: All | WK End<br>07/01/07 | % CHG | RK | WK End<br>06/24/07 | % CHG | RK | WK End<br>06/17/07 | % CHG | RK | WK End<br>06/10/07 | % CHG | RK | 93 TD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 222 | 3 | | 215 | -10 | | 240 | 11 | | 216 | 3 | | 27,181 |
| *Store Strata* | | | | | | | | | | | | | |
| Chain | 119 | 7 | | 111 | -22 | | 143 | 24 | | 115 | -2 | | 13,251 |
| Independent | 8 | 60 | | 5 | 67 | | 3 | 200 | | 1 | -75 | | 574 |
| Mass Merch | 8 | 60 | | 5 | -17 | | 6 | -40 | | 10 | 150 | | 3,475 |
| Non Traditional | 87 | -7 | | 94 | 7 | | 88 | -2 | | 90 | 7 | | 9,881 |
| *Geographic Region* | | | | | | | | | | | | | |
| Northeast | 5 | -74 | | 19 | 0 | | 19 | 111 | | 9 | 50 | | 1,306 |
| Middle Atlantic | 42 | 68 | | 25 | -36 | | 39 | 39 | | 28 | -28 | | 3,637 |
| East North Central | 43 | 13 | | 38 | 15 | | 33 | 6 | | 31 | -3 | | 4,101 |
| West North Central | 24 | 100 | | 12 | -29 | | 17 | 6 | | 16 | -16 | | 2,026 |
| South Atlantic | 24 | -14 | | 28 | -20 | | 35 | 35 | | 26 | 0 | | 3,788 |
| South Central | 21 | -13 | | 24 | -23 | | 31 | -11 | | 35 | 40 | | 2,919 |
| Mountain | 27 | -4 | | 28 | -22 | | 36 | 6 | | 34 | 21 | | 4,830 |
| Pacific | 35 | -15 | | 41 | 37 | | 30 | -19 | | 37 | 9 | | 4,557 |
| *Geographic Place* | | | | | | | | | | | | | |
| City | 23 | -30 | | 33 | 154 | | 13 | -52 | | 27 | 29 | | 3,609 |
| Suburb | 150 | 14 | | 132 | -23 | | 171 | 38 | | 124 | -13 | | 17,912 |
| Rural | 48 | -4 | | 50 | -9 | | 55 | -17 | | 66 | 47 | | 5,660 |

nielsen
SoundScan

Copyright © 2007 Nielsen SoundScan, a division of Nielsen Entertainment, LLC. All rights reserved.

0005

Nielsen SoundScan                                                                                                    10/10/2007 11:32 AM

**Title Report: Track Detail**

| Title: PREPARE THE MASSES | | | | |
|---|---|---|---|---|
| Artist: CHANGE OF PACE | | | Release To Date Sales | |
| Format: Album | Tracks | TW 1,825 | Units | % TOT |
| Label: IMOR | | RTD 76,348 | Total: 27,191 | |
| Release Date: 08/15/06 | | | LP: 0 | 0 |
| Catalog: CAT:60026 | Weeks | Period Rank | Cassette: 0 | 0 |
| 2007 YTD: 6,994 | Top 200 | TW | CD: 22,560 | 83 |
| | | LW | DVD: 0 | 0 |
| | | 2W | Digital: 4,631 | 17 |

**BUSINESS CONDITIONS**

| Album(000) | This Week | % CHG | Last Week | YTD |
|---|---|---|---|---|
| Total: | 8,830 | -1% | 8,905 | 229,846 |
| Chain: | 3,067 | -7% | 3,284 | 86,287 |
| Independent: | 619 | 1% | 614 | 15,649 |
| Mass Merch: | 3,461 | 3% | 3,372 | 88,194 |
| Non Traditional: | 1,682 | 3% | 1,635 | 39,715 |

Week Ending: 07/01/2007    Weeks:    Display: CHG    Report: Track Detail

| Artist | Title | Label | ISRC/ID | WK End 07/01/07 | % CHG | WK End 06/24/07 | % CHG | WK End 06/17/07 | % CHG | WK End 06/10/07 | % CHG | RTD Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | 1,825 | 0 | 1,823 | -6 | 1,935 | -1 | 1,945 | | 76,348 |
| CHANGE OF PACE | PREPARE THE MASSES 100 | IMOR | USI2R0640401 | 74 | -3 | 76 | 1 | 75 | 6 | 71 | | 3,310 |
| CHANGE OF PACE | HOE TO RAPE A COUNTRY 100 | IMOR | USI2R0640402 | 11 | -48 | 21 | 11 | 19 | -30 | 27 | | 1,080 |
| CHANGE OF PACE | I'M ALIVE 150 | IMOR | USI2R0640403 | 22 | -4 | 23 | 5 | 22 | -4 | 23 | | 1,319 |
| CHANGE OF PACE | SHOOT FROM THE HIP 86 | IMOR | USI2R0640404 | 174 | 16 | 150 | -1 | 151 | 5 | 144 | | 7,132 |
| CHANGE OF PACE | WEEKEND WARRIORS 76 | IMOR | USI2R0640405 | 1,069 | -5 | 1,128 | -9 | 1,236 | 3 | 1,201 | | 44,233 |
| CHANGE OF PACE | WHITE LINES AND LIPSTICK 100 90 | IMOR | USI2R0640406 | 7 | 40 | 5 | -17 | 6 | -33 | 9 | | 563 |
| CHANGE OF PACE | A SONG THE WORLD CAN SING OUT | IMOR | USI2R0640407 | 16 | -36 | 25 | 127 | 11 | -48 | 21 | | 1,070 |
| CHANGE OF PACE | TAKE CARE 100 | IMOR | USI2R0640408 | 214 | 9 | 197 | -7 | 211 | -2 | 216 | | 9,669 |
| CHANGE OF PACE | WAR IN YOUR BEDROOM 95 | IMOR | USI2R0640409 | 139 | 19 | 117 | -6 | 125 | -11 | 140 | | 4,175 |
| CHANGE OF PACE | I WANNA BE YOUR ROCK & ROLL 100 | IMOR | USI2R0640410 | 30 | 58 | 19 | -27 | 26 | -33 | 39 | | 1,158 |
| CHANGE OF PACE | RECIPE FOR DISASTER 100 100 | IMOR | USI2R0640411 | 48 | 20 | 40 | 8 | 37 | -3 | 38 | | 1,657 |
| CHANGE OF PACE | SAFE AND SOUND IN PHONE LINES | IMOR | USI2R0640412 | 21 | -5 | 22 | 38 | 16 | 0 | 16 | | 982 |
| A CHANGE OF PACE | TAKE CARE (ACOUSTIC) | | USI2R0740413 | 0 | | 0 | | 0 | | 0 | | 0 |
| A CHANGE OF PACE | WEEKEND WARRIORS (ACOUSTIC) | | USI2R0740414 | 0 | | 0 | | 0 | | 0 | | 0 |

**nielsen SoundScan**

Copyright © 2007 Nielsen SoundScan, a division of Nielsen Entertainment, LLC. All rights reserved.

.056875 - 8    -12,371.91

.0455 -/ -     1,237.19

.0398125 -/    1,082.54

.051875 -/     1,391.84

.0540325 -/    1,469.16

0006

Nielsen SoundScan                                                                                                           10/10/2007 11:34 AM

## Title Report: National Sales

**Title:** MASTERS OF HORROR
**Artist:** MASTERS OF HORROR
**Format:** Album       Tracks TW    230
**Label:** IMOR                    RTD 13,374
**Release Date:** 10/18/05    Weeks Period Rank
**Catalog:** CAT:60011   Top 200   TW
**2007 YTD:** 2,168                    LW
                                              2W

**Release To Date Sales**

| | Units | % TOT |
|---|---|---|
| Total: | 61,446 | |
| LP: | 0 | 0 |
| Cassette: | 0 | 0 |
| CD: | 58,431 | 95 |
| DVD: | 0 | 0 |
| Digital: | 3,015 | 5 |

### BUSINESS CONDITIONS

| Album(000) | This Week | % CHG | Last Week | YTD |
|---|---|---|---|---|
| Total: | 8,830 | -1% | 8,905 | 229,846 |
| Chain: | 3,067 | -7% | 3,284 | 86,287 |
| Independent: | 619 | 1% | 614 | 15,649 |
| Mass Merch: | 3,461 | 3% | 3,372 | 88,194 |
| Non Traditional: | 1,682 | 3% | 1,635 | 39,715 |

**Week Ending:** 07/01/2007    **Strata:** All    **Config:** All    **Weeks:** 4    **Display:** % CHG    **Report:** National Sales

| Strata: All<br>Config: All | WK End 07/01/07 | % CHG | RK | WK End 06/24/07 | % CHG | RK | WK End 06/17/07 | % CHG | RK | WK End 06/10/07 | % CHG | RK | 93 TD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 49 | -36 | | 76 | 13 | | 67 | 26 | | 53 | -16 | | 61,446 |
| *Store Strata* | | | | | | | | | | | | | |
| Chain | 22 | -12 | | 25 | -17 | | 30 | 58 | | 19 | -30 | | 29,629 |
| Independent | 0 | -100 | | 13 | 999 | | 1 | -50 | | 2 | | | 1,636 |
| Mass Merch | 18 | -36 | | 28 | 33 | | 21 | -9 | | 23 | 21 | | 25,026 |
| Non Traditional | 9 | -10 | | 10 | -33 | | 15 | 67 | | 9 | -47 | | 5,155 |
| *Geographic Region* | | | | | | | | | | | | | |
| Northeast | 2 | 0 | | 2 | -50 | | 4 | 100 | | 2 | 0 | | 2,797 |
| Middle Atlantic | 5 | -29 | | 7 | 0 | | 7 | 133 | | 3 | -67 | | 8,022 |
| East North Central | 11 | -39 | | 18 | 38 | | 13 | 0 | | 13 | 0 | | 10,396 |
| West North Central | 3 | 200 | | 1 | -80 | | 5 | 67 | | 3 | -25 | | 4,630 |
| South Atlantic | 7 | -71 | | 24 | 167 | | 9 | 0 | | 9 | -25 | | 10,339 |
| South Central | 4 | -33 | | 6 | -57 | | 14 | 75 | | 8 | 60 | | 9,423 |
| Mountain | 4 | -20 | | 5 | -29 | | 7 | 17 | | 6 | 0 | | 5,926 |
| Pacific | 12 | 9 | | 11 | 38 | | 8 | -11 | | 9 | -25 | | 9,838 |
| *Geographic Place* | | | | | | | | | | | | | |
| City | 3 | -67 | | 9 | 125 | | 4 | 0 | | 4 | -43 | | 7,188 |
| Suburb | 23 | -26 | | 31 | -16 | | 37 | 61 | | 23 | -4 | | 33,774 |
| Rural | 22 | -37 | | 35 | 35 | | 26 | 4 | | 25 | -22 | | 20,477 |

nielsen
SoundScan

Copyright © 2007 Nielsen SoundScan, a division of Nielsen Entertainment, LLC. All rights reserved.

0007

Nielsen SoundScan                                                                                                              10/10/2007 11:34 AM

Title Report: Track Detail

| Title: MASTERS OF HORROR | | | | Release To Date Sales | | | BUSINESS CONDITIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Artist: MASTERS OF HORROR | | | | | | | | | | | |
| Format: Album | Tracks | TW | 230 | Units | % TOT | | Album(000) | This Week | % CHG | Last Week | YTD |
| Label: IMOR | | RTD | 13,374 | Total: 61,446 | | | Total: | 8,830 | -1% | 8,905 | 229,846 |
| Release Date: 10/18/05 | | | | LP: 0 | 0 | | Chain: | 3,067 | -7% | 3,284 | 86,287 |
| Catalog: CAT:60011 | Weeks | Period | Rank | Cassette: 0 | 0 | | Independent: | 619 | 1% | 614 | 15,649 |
| 2007 YTD: 2,168 | Top 200 | TW | | CD: 58,431 | 95 | | Mass Merch: | 3,461 | 3% | 3,372 | 88,194 |
| | | LW | | DVD: 0 | 0 | | Non Traditional: | 1,682 | 3% | 1,635 | 39,715 |
| | | 2W | | Digital: 3,015 | 5 | | | | | | |

Week Ending: 07/01/2007       Weeks: 4       Display:          Report: Track Detail

| Artist | Title | Label | ISRC/ID | WK End 07/01/07 | % CHG | WK End 06/24/07 | % CHG | WK End 06/17/07 | % CHG | WK End 06/10/07 | % CHG | RTD Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | 230 | -13 | 264 | 13 | 234 | -17 | 282 | | 13,374 |
| MASTERS OF HORROR | THE THIN RED LINE | IMOR | USI2R0440113 | 12 | 100 | 6 | -54 | 13 | -28 | 18 | | 769 |
| MASTERS OF HORROR | WHAT'S UP NOW | IMOR | USI2R0550213 | 2 | -67 | 6 | -14 | 7 | 75 | 4 | | 271 |
| MASTERS OF HORROR | SMALL SILHOUETTE | IMOR | USI2R0570101 | 29 | 26 | 23 | 35 | 17 | -26 | 23 | | 1,164 |
| MASTERS OF HORROR | ENJOY THE SILENCE | IMOR | USI2R0570103 | 33 | -31 | 48 | 55 | 31 | -21 | 39 | | 1,335 |
| MASTERS OF HORROR | LAZARUS (IN THE WILDERNESS) | IMOR | USI2R0570104 | 2 | 0 | 2 | 100 | 1 | -75 | 4 | | 306 |
| MASTERS OF HORROR | YOU WILL REMEMBER TONIGHT | IMOR | USI2R0570105 | 7 | 250 | 2 | -60 | 5 | | 0 | | 275 |
| MASTERS OF HORROR | VERY INVISIBLE | IMOR | USI2R0570106 | 8 | -58 | 19 | 111 | 9 | -44 | 16 | | 624 |
| MASTERS OF HORROR | THIS IS MY OWN | IMOR | USI2R0570108 | 3 | 0 | 3 | 200 | 1 | -50 | 2 | | 213 |
| MASTERS OF HORROR | NERVOUS BREAKDOWN | IMOR | USI2R0570109 | 0 | -100 | 3 | 50 | 2 | 100 | 1 | | 122 |
| MASTERS OF HORROR | AT THE END OF THE ROAD | IMOR | USI2R0570110 | 0 | -100 | 1 | 0 | 1 | -50 | 2 | | 124 |
| MASTERS OF HORROR | DIVISION ST (ACOUSTIC VERSION) | IMOR | USI2R0570111 | 3 | -25 | 4 | 300 | 1 | -67 | 3 | | 350 |
| MASTERS OF HORROR | OVERLOAD | IMOR | USI2R0570112 | 1 | -50 | 2 | -50 | 4 | 300 | 1 | | 214 |
| MASTERS OF HORROR | MEGALODON (LIVE) | IMOR | USI2R0570113 | 0 | -100 | 1 | 0 | 1 | -50 | 2 | | 107 |
| MASTERS OF HORROR | BOTTLED UP | IMOR | USI2R0570114 | 0 | -100 | 1 | | 0 | -100 | 1 | | 70 |
| MASTERS OF HORROR | AT LEAST YOU BOUGHT HER FLOWER | IMOR | USI2R0570115 | 0 | -100 | 1 | 0 | 1 | | 0 | | 31 |
| MASTERS OF HORROR | WE ARE ONE | IMOR | USI2R0570116 | 2 | -80 | 10 | -23 | 13 | 18 | 11 | | 462 |
| MASTERS OF HORROR | OBSTRUCTED | IMOR | USI2R0570117 | 12 | 0 | 12 | 0 | 12 | -33 | 18 | | 615 |
| MASTERS OF HORROR | BATS | IMOR | USI2R0570118 | 1 | -75 | 4 | | 0 | -100 | 3 | | 57 |
| MASTERS OF HORROR | BETWIXT HER GETAWAY STICKS | IMOR | USI2R0570119 | 3 | | 0 | -100 | 2 | -60 | 5 | | 298 |
| MASTERS OF HORROR | KEITH THE MUSIC | IMOR | USI2R0570120 | 1 | 0 | 1 | -50 | 2 | | 0 | | 87 |
| MASTERS OF HORROR | IN TRANSIT (FOR YOU) | IMOR | USI2R0570121 | 1 | | 0 | -100 | 2 | | 0 | | 107 |
| MASTERS OF HORROR | HINDSIGHT | IMOR | USI2R0570122 | 0 | | 0 | -100 | 1 | | 0 | | 54 |
| MASTERS OF HORROR | WE CAN NEVER BREAK UP | IMOR | USI2R0570123 | 4 | 33 | 3 | 200 | 1 | -86 | 7 | | 851 |
| MASTERS OF HORROR | BEAST AND THE HARLOT (LIVE) | IMOR | USI2R0570124 | 88 | 1 | 87 | -4 | 91 | -16 | 108 | | 3,287 |
| MASTERS OF HORROR | DISCOVER ME LIKE EMPTINESS | IMOR | USI2R0570125 | 7 | 75 | 4 | -33 | 6 | -14 | 7 | | 401 |
| MASTERS OF HORROR | VICTORIA ICEBERG | IMOR | USI2R0570127 | 2 | -60 | 5 | 400 | 1 | | 0 | | 89 |
| MASTERS OF HORROR | IF EVER (ACOUSTIC VERSION) | IMOR | USI2R0570128 | 0 | -100 | 2 | 0 | 2 | 0 | 2 | | 214 |
| MASTERS OF HORROR | 237 | IMOR | USI2R0570129 | 5 | 25 | 4 | 0 | 4 | 300 | 1 | | 221 |
| MASTERS OF HORROR | CONTRAST OF LIGHT AND DARK | IMOR | USI2R0570130 | 1 | -67 | 3 | | 0 | -100 | 1 | | 113 |
| MASTERS OF HORROR | SHAUNLUU | IMOR | USTN10500261 | 3 | -57 | 7 | 133 | 3 | 0 | 3 | | 543 |

nielsen SoundScan

Copyright © 2007 Nielsen SoundScan, a division of Nielsen Entertainment, LLC. All rights reserved.

.0227S

0008

Nielsen SoundScan  
10/10/2007 11:08 AM

## Title Report: National Sales

**Title:** OFFER YOU CAN'T REFUSE  
**Artist:** A CHANGE OF PACE  
**Format:** Album  
**Label:** IMOR  
**Release Date:** 03/22/05  
**Catalog:** CAT:60005  
**2007 YTD:** 2,192  

Tracks TW 146  
RTD 41,476  

Weeks Period Rank  
Top 200 TW  
LW  
2W  

### Release To Date Sales

| | Units | % TOT |
|---|---|---|
| Total: | 30,074 | |
| LP: | 0 | 0 |
| Cassette: | 0 | 0 |
| CD: | 25,813 | 86 |
| DVD: | 0 | 0 |
| Digital: | 4,261 | 14 |

### BUSINESS CONDITIONS

| Album(000) | This Week | % CHG | Last Week | YTD |
|---|---|---|---|---|
| Total: | 8,906 | -2% | 9,059 | 346,250 |
| Chain: | 3,106 | -2% | 3,181 | 127,562 |
| Independent: | 575 | -0% | 577 | 23,420 |
| Mass Merch: | 3,386 | -5% | 3,552 | 133,273 |
| Non Traditional: | 1,839 | 5% | 1,749 | 61,995 |

**Week Ending:** 10/07/2007  **Strata:** All  **Config:** All  **Weeks:** 4  **Display:** % CHG  **Report:** National Sales

| Strata: All<br>Config: All | WK End 10/07/07 | % CHG | RK | WK End 09/30/07 | % CHG | RK | WK End 09/23/07 | % CHG | RK | WK End 09/16/07 | % CHG | RK | 93 TD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 24 | 14 | | 21 | 11 | | 19 | -41 | | 32 | 23 | | 30,080 |
| **Store Strata** | | | | | | | | | | | | | |
| Chain | 13 | 160 | | 5 | -58 | | 12 | -37 | | 19 | 19 | | 14,074 |
| Independent | 0 | | | 0 | | | 0 | -100 | | 5 | | | 1,089 |
| Mass Merch | 0 | | | 0 | | | 0 | | | 0 | | | 7,401 |
| Non Traditional | 11 | -31 | | 16 | 129 | | 7 | -13 | | 8 | -20 | | 7,516 |
| **Geographic Region** | | | | | | | | | | | | | |
| Northeast | 1 | | | 0 | -100 | | 1 | -75 | | 4 | 300 | | 1,337 |
| Middle Atlantic | 1 | -67 | | 3 | -25 | | 4 | -20 | | 5 | 67 | | 4,171 |
| East North Central | 1 | -75 | | 4 | 100 | | 2 | 0 | | 2 | -60 | | 3,808 |
| West North Central | 1 | 0 | | 1 | 0 | | 1 | 0 | | 1 | -50 | | 1,811 |
| South Atlantic | 3 | 50 | | 2 | -60 | | 5 | 67 | | 3 | -50 | | 4,433 |
| South Central | 5 | 400 | | 1 | | | 0 | -100 | | 4 | -33 | | 3,782 |
| Mountain | 5 | 150 | | 2 | 100 | | 1 | -92 | | 13 | 550 | | 4,881 |
| Pacific | 6 | -25 | | 8 | 60 | | 5 | 400 | | 1 | 0 | | 5,773 |
| **Geographic Place** | | | | | | | | | | | | | |
| City | 3 | 50 | | 2 | 100 | | 1 | -67 | | 3 | | | 5,207 |
| Suburb | 13 | 30 | | 10 | -23 | | 13 | -43 | | 23 | 10 | | 19,414 |
| Rural | 8 | -11 | | 9 | 80 | | 5 | 0 | | 5 | 0 | | 5,426 |

**nielsen SoundScan**

Copyright © 2007 Nielsen SoundScan, a division of Nielsen Entertainment, LLC. All rights reserved.

.0728

0009

http://nielsen.soundscan.com/  
Page 1 of 1

Nielsen SoundScan                                                                                         10/10/2007 11:08 AM

**Title Report: Track Detail**   ADD TO SET   New Set   LOAD TO EXCEL   PRINT

Title: **OFFER YOU CAN'T REFUSE**
Artist: **A CHANGE OF PACE**
Format: Album
Label: **IMOR**
Release Date: 03/22/05
Catalog: **CAT:60005**
2007 YTD:  2,192

Tracks   TW   146
         RTD  41,476

Weeks Period Rank
Top 200   TW
          LW
          2W

Release To Date Sales
|  | Units | % TOT |
|---|---|---|
| Total: | 30,074 | |
| LP: | 0 | 0 |
| Cassette: | 0 | 0 |
| CD: | 25,813 | 86 |
| DVD: | 0 | 0 |
| Digital: | 4,261 | 14 |

**BUSINESS CONDITIONS**

| Album(000) | This Week | % CHG | Last Week | YTD |
|---|---|---|---|---|
| Total: | 8,906 | -2% | 9,059 | 346,250 |
| Chain: | 3,106 | -2% | 3,181 | 127,562 |
| Independent: | 575 | -0% | 577 | 23,420 |
| Mass Merch: | 3,386 | -5% | 3,552 | 133,273 |
| Non Traditional: | 1,839 | 5% | 1,749 | 61,995 |

Week Ending: 10/07/2007   Weeks:   Display: %CHG   Report: Track Detail

| Artist | Title | Label | ISRC/ID | WK End 10/07/07 | % CHG | WK End 09/30/07 | % CHG | WK End 09/23/07 | % CHG | WK End 09/16/07 | % CHG | RTD Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | 146 | 17 | 125 | 2 | 123 | -13 | 141 | | 41,476 |
| A CHANGE OF PACE | LOOSE LIPS SINK SHIPS | IMOR | USI2R0440101 | 41 | 21 | 34 | -19 | 42 | 2 | 41 | | 13,416 |
| A CHANGE OF PACE | TIL DEATH DO US PART | IMOR | USI2R0440102 | 13 | -38 | 21 | 75 | 12 | -14 | 14 | | 3,732 |
| A CHANGE OF PACE | EVERY SECOND | IMOR | USI2R0440103 | 17 | 42 | 12 | -29 | 17 | -19 | 21 | | 7,328 |
| A CHANGE OF PACE | KNOW ONE KNOWS | IMOR | USI2R0440104 | 4 | -56 | 9 | 13 | 8 | 14 | 7 | | 1,936 |
| A CHANGE OF PACE | DECEMBER | IMOR | USI2R0440105 | 14 | 100 | 7 | 133 | 3 | -63 | 8 | | 2,103 |
| A CHANGE OF PACE | HOME IS WHERE THE HEART IS | IMOR | USI2R0440106 | 5 | 67 | 3 | -25 | 4 | -33 | 6 | | 1,386 |
| A CHANGE OF PACE | A FAREWELL TO FRIENDSHIP | IMOR | USI2R0440107 | 8 | 60 | 5 | -29 | 7 | -53 | 15 | | 2,350 |
| A CHANGE OF PACE | CHIPPIE | IMOR | USI2R0440108 | 6 | 50 | 4 | 0 | 4 | 0 | 4 | | 1,171 |
| A CHANGE OF PACE | ASLEEP AT THE WHEEL | IMOR | USI2R0440109 | 19 | 46 | 13 | -19 | 16 | 0 | 16 | | 5,105 |
| A CHANGE OF PACE | GOODBYE FOR NOW | IMOR | USI2R0440110 | 13 | 44 | 9 | -10 | 10 | 67 | 6 | | 1,577 |
| A CHANGE OF PACE | QUEEN OF HEARTS | IMOR | USI2R0440111 | 6 | -25 | 8 | | 0 | -100 | 3 | | 1,372 |

**nielsen SoundScan**

Copyright © 2007 Nielsen SoundScan, a division of Nielsen Entertainment, LLC. All rights reserved.

0010

Nielsen SoundScan                                                                                                                                   10/10/2007 11:08 AM

**Title Report: National Sales**    ADD TO SET    New Set    LOAD TO EXCEL    PRINT

Title: **PREPARE THE MASSES**
Artist: **CHANGE OF PACE**
Format: **Album**          Tracks TW 1,097
Label: **IMOR**                        RTD 95,481
Release Date: **08/15/06**
Catalog: **CAT:60026**   Weeks Period Rank
2007 YTD:  9,155         Top 200   TW
                                   LW
                                   2W

Release To Date Sales
|  | Units | % TOT |
|---|---|---|
| Total: | 29,352 |  |
| LP: | 0 | 0 |
| Cassette: | 0 | 0 |
| CD: | 23,948 | 82 |
| DVD: | 0 | 0 |
| Digital: | 5,404 | 18 |

**BUSINESS CONDITIONS**

| Album(000) | This Week | % CHG | Last Week | YTD |
|---|---|---|---|---|
| Total: | 8,906 | -2% | 9,059 | 346,250 |
| Chain: | 3,106 | -2% | 3,181 | 127,562 |
| Independent: | 575 | -0% | 577 | 23,420 |
| Mass Merch: | 3,386 | -5% | 3,552 | 133,273 |
| Non Traditional: | 1,839 | 5% | 1,749 | 61,995 |

Week Ending: 10/07/2007    Strata: All    Config: All    Weeks: 4    Display: % CHG    Report: National Sales

| Strata: All Config: All | WK End 10/07/07 | % CHG | RK | WK End 09/30/07 | % CHG | RK | WK End 09/23/07 | % CHG | RK | WK End 09/16/07 | % CHG | RK | 93 TD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 102 | 1 |  | 101 | -6 |  | 107 | -13 |  | 123 | -10 |  | 29,343 |
| *Store Strata* |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Chain | 65 | 20 |  | 54 | 15 |  | 47 | -27 |  | 64 | -16 |  | 14,452 |
| Independent | 0 |  |  | 0 |  |  | 0 | -100 |  | 5 |  |  | 622 |
| Mass Merch | 0 | -100 |  | 3 | -25 |  | 4 | 300 |  | 1 | -75 |  | 3,519 |
| Non Traditional | 37 | -16 |  | 44 | -21 |  | 56 | 6 |  | 53 | -7 |  | 10,750 |
| *Geographic Region* |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Northeast | 5 | -44 |  | 9 | 125 |  | 4 | 0 |  | 4 | 0 |  | 1,420 |
| Middle Atlantic | 11 | -39 |  | 18 | 20 |  | 15 | -25 |  | 20 | 5 |  | 3,966 |
| East North Central | 27 | 80 |  | 15 | -6 |  | 16 | 78 |  | 9 | -64 |  | 4,447 |
| West North Central | 7 | -13 |  | 8 | 60 |  | 5 | -50 |  | 10 | 0 |  | 2,178 |
| South Atlantic | 13 | 0 |  | 13 | -38 |  | 21 | -9 |  | 23 | 21 |  | 4,124 |
| South Central | 3 | -77 |  | 13 | 18 |  | 11 | -42 |  | 19 | -10 |  | 3,163 |
| Mountain | 18 | 50 |  | 12 | -14 |  | 14 | -36 |  | 22 | 5 |  | 5,131 |
| Pacific | 18 | 38 |  | 13 | -35 |  | 20 | 33 |  | 15 | -12 |  | 4,890 |
| *Geographic Place* |  |  |  |  |  |  |  |  |  |  |  |  |  |
| City | 2 | -80 |  | 10 | 0 |  | 10 | -29 |  | 14 | 17 |  | 3,801 |
| Suburb | 73 | 24 |  | 59 | -2 |  | 60 | -20 |  | 75 | -19 |  | 19,333 |
| Rural | 27 | -16 |  | 32 | -14 |  | 37 | 9 |  | 34 | 10 |  | 6,210 |

nielsen
SoundScan

Copyright © 2007 Nielsen SoundScan, a division of Nielsen Entertainment, LLC. All rights reserved.

0011

Nielsen SoundScan                                                                                                10/10/2007 11:09 AM

Title Report: Track Detail

| Title: PREPARE THE MASSES | | | | | |
|---|---|---|---|---|---|
| Artist: CHANGE OF PACE | | | | Release To Date Sales | |
| Format: Album | Tracks | TW | 1,097 | Units | % TOT |
| Label: IMOR | | RTD | 95,481 | Total: 29,352 | |
| Release Date: 08/15/06 | | | | LP: 0 | 0 |
| Catalog: CAT:60026 | Weeks | Period | Rank | Cassette: 0 | 0 |
| 2007 YTD: 9,155 | Top 200 | TW | | CD: 23,948 | 82 |
| | | LW | | DVD: 0 | 0 |
| | | 2W | | Digital: 5,404 | 18 |

| BUSINESS CONDITIONS | | | | |
|---|---|---|---|---|
| Album(000) | This Week | % CHG | Last Week | YTD |
| Total: | 8,906 | -2% | 9,059 | 346,250 |
| Chain: | 3,106 | -2% | 3,181 | 127,562 |
| Independent: | 575 | -0% | 577 | 23,420 |
| Mass Merch: | 3,386 | -5% | 3,552 | 133,273 |
| Non Traditional: | 1,839 | 5% | 1,749 | 61,995 |

Week Ending: 10/07/2007   Weeks:    Display: % CHG    Report: Track Detail

| Artist | Title | Label | ISRC/ID | WK End 10/07/07 | % CHG | WK End 09/30/07 | % CHG | WK End 09/23/07 | % CHG | WK End 09/16/07 | % CHG | RTD Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | 1,097 | -8 | 1,186 | -0 | 1,187 | -2 | 1,212 | | 95,481 |
| CHANGE OF PACE | PREPARE THE MASSES | IMOR | USI2R0640401 | 29 | -42 | 50 | -2 | 51 | 2 | 50 | | 4,089 |
| CHANGE OF PACE | HOE TO RAPE A COUNTRY | IMOR | USI2R0640402 | 7 | -22 | 9 | 13 | 8 | -38 | 13 | | 1,246 |
| CHANGE OF PACE | I'M ALIVE | IMOR | USI2R0640403 | 11 | -27 | 15 | 275 | 4 | -69 | 13 | | 1,557 |
| CHANGE OF PACE | SHOOT FROM THE HIP | IMOR | USI2R0640404 | 87 | -14 | 101 | -6 | 107 | 20 | 89 | | 8,735 |
| CHANGE OF PACE | WEEKEND WARRIORS | IMOR | USI2R0640405 | 676 | -5 | 712 | -7 | 763 | 7 | 714 | | 55,842 |
| CHANGE OF PACE | WHITE LINES AND LIPSTICK | IMOR | USI2R0640406 | 3 | -40 | 5 | -17 | 6 | -45 | 11 | | 669 |
| CHANGE OF PACE | A SONG THE WORLD CAN SING OUT | IMOR | USI2R0640407 | 18 | -22 | 23 | 21 | 19 | -10 | 21 | | 1,339 |
| CHANGE OF PACE | TAKE CARE | IMOR | USI2R0640408 | 132 | 4 | 127 | 9 | 117 | -19 | 144 | | 11,846 |
| CHANGE OF PACE | WAR IN YOUR BEDROOM | IMOR | USI2R0640409 | 97 | 8 | 90 | 32 | 68 | -24 | 89 | | 5,533 |
| CHANGE OF PACE | I WANNA BE YOUR ROCK & ROLL | IMOR | USI2R0640410 | 11 | -42 | 19 | 27 | 15 | -29 | 21 | | 1,408 |
| CHANGE OF PACE | RECIPE FOR DISASTER | IMOR | USI2R0640411 | 16 | -38 | 26 | 24 | 21 | -38 | 34 | | 2,072 |
| CHANGE OF PACE | SAFE AND SOUND IN PHONE LINES | IMOR | USI2R0640412 | 10 | 11 | 9 | 13 | 8 | -38 | 13 | | 1,145 |
| CHANGE OF PACE | TAKE CARE (ACOUSTIC) | IMOR | USI2R0740413 | 0 | | 0 | | 0 | | 0 | | 0 |
| A CHANGE OF PACE | WEEKEND WARRIORS (ACOUSTIC) | | USI2R0740414 | 0 | | 0 | | 0 | | 0 | | 0 |

nielsen
SoundScan

Copyright © 2007 Nielsen SoundScan, a division of Nielsen Entertainment, LLC. All rights reserved.

.091 - 8
.0728 - 1
.0637 - 1
.0819 - 1
.08645 - 1

0012

Nielsen SoundScan                                                                                               10/10/2007 11:33 AM

Title Report: National Sales    ADD TO SET    New Set        LOAD TO EXCEL        PRINT

**Title:** MASTERS OF HORROR
**Artist:** MASTERS OF HORROR
**Format:** Album   Tracks TW 273
**Label:** IMOR         RTD 16,720
**Release Date:** 10/18/05   Weeks Period Rank
**Catalog:** CAT:60011   Top 200   TW
**2007 YTD:** 2,881                LW
                                                2W

**Release To Date Sales**
|              | Units  | % TOT |
|--------------|--------|-------|
| Total:       | 62,159 |       |
| LP:          | 0      | 0     |
| Cassette:    | 0      | 0     |
| CD:          | 59,038 | 95    |
| DVD:         | 0      | 0     |
| Digital:     | 3,121  | 5     |

**BUSINESS CONDITIONS**

| Album(000) | This Week | % CHG | Last Week | YTD |
|---|---|---|---|---|
| Total: | 8,906 | -2% | 9,059 | 346,250 |
| Chain: | 3,106 | -2% | 3,181 | 127,562 |
| Independent: | 575 | -0% | 577 | 23,420 |
| Mass Merch: | 3,386 | -5% | 3,552 | 133,273 |
| Non Traditional: | 1,839 | 5% | 1,749 | 61,995 |

**Week Ending:** 10/07/2007   **Strata:** All   **Config:** All   **Weeks:** 4   **Display:** % CHG   **Report:** National Sales

| Strata: All<br>Config: All | WK End 10/07/07 | % CHG | RK | WK End 09/30/07 | % CHG | RK | WK End 09/23/07 | % CHG | RK | WK End 09/16/07 | % CHG | RK | 93 TD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 66 | 16 |  | 57 | 16 |  | 49 | 11 |  | 44 | 0 |  | 62,154 |
| Store Strata |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Chain | 29 | 0 |  | 29 | 12 |  | 26 | 4 |  | 25 | 4 |  | 29,956 |
| Independent | 16 |  |  | 0 |  |  | 0 |  |  | 0 |  |  | 1,691 |
| Mass Merch | 12 | -20 |  | 15 | 7 |  | 14 | 17 |  | 12 | -8 |  | 25,236 |
| Non Traditional | 9 | -31 |  | 13 | 44 |  | 9 | 29 |  | 7 | 0 |  | 5,271 |
| Geographic Region |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Northeast | 1 | -50 |  | 2 | -33 |  | 3 | 50 |  | 2 | -50 |  | 2,840 |
| Middle Atlantic | 0 | -100 |  | 4 | 33 |  | 3 | -25 |  | 4 | 33 |  | 8,081 |
| East North Central | 12 | 9 |  | 11 | -8 |  | 12 | 0 |  | 12 | 33 |  | 10,555 |
| West North Central | 2 | -67 |  | 6 | 200 |  | 2 | 0 |  | 2 | -50 |  | 4,667 |
| South Atlantic | 11 | 83 |  | 6 | -40 |  | 10 | -17 |  | 12 | 71 |  | 10,446 |
| South Central | 25 | 92 |  | 13 | 63 |  | 8 | 100 |  | 4 | -43 |  | 9,537 |
| Mountain | 3 | 0 |  | 3 | -40 |  | 5 | 25 |  | 4 | 33 |  | 5,986 |
| Pacific | 11 | 0 |  | 11 | 120 |  | 5 | 67 |  | 3 | -57 |  | 9,960 |
| Geographic Place |  |  |  |  |  |  |  |  |  |  |  |  |  |
| City | 9 | 200 |  | 3 | 50 |  | 2 | -82 |  | 11 | 999 |  | 7,245 |
| Suburb | 37 | 12 |  | 33 | 57 |  | 21 | 50 |  | 14 | -39 |  | 34,142 |
| Rural | 20 | 0 |  | 20 | -23 |  | 26 | 44 |  | 18 | -10 |  | 20,755 |

nielsen
SoundScan

Copyright © 2007 Nielsen SoundScan, a division of Nielsen Entertainment, LLC. All rights reserved.

0013

Nielsen SoundScan  10/10/2007 11:34 AM

**Title Report: Track Detail**

**Title:** MASTERS OF HORROR  
**Artist:** MASTERS OF HORROR  
**Format:** Album  **Tracks** **TW** 273  
**Label:** IMOR  **RTD** 16,720  
**Release Date:** 10/18/05  
**Catalog:** CAT:60011  **Weeks Period Rank**  
**2007 YTD:** 2,881  **Top 200 TW / LW / 2W**

**Release To Date Sales**
| | Units | % TOT |
|---|---|---|
| Total: | 62,159 | |
| LP: | 0 | 0 |
| Cassette: | 0 | 0 |
| CD: | 59,038 | 95 |
| DVD: | 0 | 0 |
| Digital: | 3,121 | 5 |

**BUSINESS CONDITIONS**
| Album(000) | This Week | % CHG | Last Week | YTD |
|---|---|---|---|---|
| Total: | 8,906 | -2% | 9,059 | 346,250 |
| Chain: | 3,106 | -2% | 3,181 | 127,562 |
| Independent: | 575 | -0% | 577 | 23,420 |
| Mass Merch: | 3,386 | -5% | 3,552 | 133,273 |
| Non Traditional: | 1,839 | 5% | 1,749 | 61,995 |

**Week Ending:** 10/07/2007   **Weeks:** 4   **Display:** %CHG   **Report:** Track Detail

| Artist | Title | Label | ISRC/ID | WK End 10/07/07 | % CHG | WK End 09/30/07 | % CHG | WK End 09/23/07 | % CHG | WK End 09/16/07 | % CHG | RTD Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | 273 | 15 | 238 | -2 | 243 | 1 | 240 | | 16,720 |
| MASTERS OF HORROR | THE THIN RED LINE | IMOR | USI2R0440113 | 14 | 75 | 8 | 14 | 7 | -22 | 9 | | 917 |
| MASTERS OF HORROR | WHAT'S UP NOW | IMOR | USI2R0550213 | 4 | -50 | 8 | 100 | 4 | -33 | 6 | | 334 |
| MASTERS OF HORROR | SMALL SILHOUETTE | IMOR | USI2R0570101 | 16 | 33 | 12 | -54 | 26 | 24 | 21 | | 1,424 |
| MASTERS OF HORROR | ENJOY THE SILENCE | IMOR | USI2R0570103 | 26 | 4 | 25 | -11 | 28 | 8 | 26 | | 1,743 |
| MASTERS OF HORROR | LAZARUS (IN THE WILDERNESS) | IMOR | USI2R0570104 | 3 | 50 | 2 | 100 | 1 | -67 | 3 | | 337 |
| MASTERS OF HORROR | YOU WILL REMEMBER TONIGHT | IMOR | USI2R0570105 | 5 | 400 | 1 | -50 | 2 | 0 | 2 | | 313 |
| MASTERS OF HORROR | VERY INVISIBLE | IMOR | USI2R0570106 | 11 | 57 | 7 | -22 | 9 | 50 | 6 | | 782 |
| MASTERS OF HORROR | THIS IS MY OWN | IMOR | USI2R0570108 | 3 | 200 | 1 | | 0 | -100 | 1 | | 233 |
| MASTERS OF HORROR | NERVOUS BREAKDOWN | IMOR | USI2R0570109 | 1 | 0 | 1 | -50 | 2 | 0 | 2 | | 137 |
| MASTERS OF HORROR | AT THE END OF THE ROAD | IMOR | USI2R0570110 | 0 | -100 | 1 | | 0 | -100 | 1 | | 142 |
| MASTERS OF HORROR | DIVISION ST (ACOUSTIC VERSION) | IMOR | USI2R0570111 | 0 | -100 | 3 | -25 | 4 | 300 | 1 | | 392 |
| MASTERS OF HORROR | OVERLOAD | IMOR | USI2R0570112 | 2 | 100 | 1 | -75 | 4 | 300 | 1 | | 245 |
| MASTERS OF HORROR | MEGALODON (LIVE) | IMOR | USI2R0570113 | 3 | 200 | 1 | | 0 | -100 | 2 | | 117 |
| MASTERS OF HORROR | BOTTLED UP | IMOR | USI2R0570114 | 2 | -33 | 3 | 200 | 1 | | 0 | | 85 |
| MASTERS OF HORROR | AT LEAST YOU BOUGHT HER FLOWER | IMOR | USI2R0570115 | 0 | -100 | 1 | | 0 | | 0 | | 34 |
| MASTERS OF HORROR | WE ARE ONE | IMOR | USI2R0570116 | 85 | 20 | 71 | 61 | 44 | -20 | 55 | | 887 |
| MASTERS OF HORROR | OBSTRUCTED | IMOR | USI2R0570117 | 8 | -27 | 11 | -15 | 13 | 30 | 10 | | 767 |
| MASTERS OF HORROR | BATS | IMOR | USI2R0570118 | 0 | | 0 | -100 | 3 | 200 | 1 | | 62 |
| MASTERS OF HORROR | BETWIXT HER GETAWAY STICKS | IMOR | USI2R0570119 | 1 | -80 | 5 | 67 | 3 | | 0 | | 334 |
| MASTERS OF HORROR | KEITH THE MUSIC | IMOR | USI2R0570120 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | | 102 |
| MASTERS OF HORROR | IN TRANSIT (FOR YOU) | IMOR | USI2R0570121 | 1 | 0 | 1 | -50 | 2 | 100 | 1 | | 119 |
| MASTERS OF HORROR | HINDSIGHT | IMOR | USI2R0570122 | 0 | | 0 | -100 | 2 | | 0 | | 60 |
| MASTERS OF HORROR | WE CAN NEVER BREAK UP | IMOR | USI2R0570123 | 1 | -75 | 4 | 100 | 2 | -50 | 4 | | 912 |
| MASTERS OF HORROR | BEAST AND THE HARLOT (LIVE) | IMOR | USI2R0570124 | 65 | 12 | 58 | -26 | 78 | 0 | 78 | | 4,447 |
| MASTERS OF HORROR | DISCOVER ME LIKE EMPTINESS | IMOR | USI2R0570125 | 8 | 60 | 5 | 150 | 2 | -50 | 4 | | 468 |
| MASTERS OF HORROR | VICTORIA ICEBERG | IMOR | USI2R0570127 | 1 | 0 | 1 | -50 | 2 | 100 | 1 | | 110 |
| MASTERS OF HORROR | IF EVER (ACOUSTIC VERSION) | IMOR | USI2R0570128 | 1 | -80 | 5 | 150 | 2 | 100 | 1 | | 247 |
| MASTERS OF HORROR | 237 | IMOR | USI2R0570129 | 0 | | 0 | | 0 | -100 | 2 | | 249 |
| MASTERS OF HORROR | CONTRAST OF LIGHT AND DARK | IMOR | USI2R0570130 | 2 | 100 | 1 | | 0 | | 0 | | 125 |
| MASTERS OF HORROR | SHAUNLUU | IMOR | USTN10500261 | 9 | | 0 | -100 | 1 | 0 | 1 | | 596 |

nielsen SoundScan

Copyright © 2007 Nielsen SoundScan, a division of Nielsen Entertainment, LLC. All rights reserved.

0014

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **16000 Ventura Boulevard, Suite 1000, Encino, California 91436**.

On October 30, 2007, I served the foregoing document described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REQUEST TO ENTER DEFAULT JUDGMENT** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

David Walters aka Happy Walters
Immortal Entertainment Group, Inc.
10585 Santa Monica Blvd., #120
Los Angeles, CA 90025

Immortal Entertainment Group, Inc.
10585 Santa Monica Blvd., #120
Los Angeles, CA 90025

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 16000 Ventura Boulevard, Suite 1000, Encino, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 16000 Ventura Boulevard, Suite 1000, Encino, California. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 30, 2007, at Encino, California.

*Margaret Tyndall*
Margaret Tyndall